**Anthony BAILEY, Plaintiff–Appellant,**

v.

**Robert MILLER; et al., Defendants–Appellees.**

No. 09–15139.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 2, 2010.

Anthony Bailey, Las Vegas, NV, pro se.

No Appearance, for Defendants–Appellees.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

_____

* The panel unanimously concludes this case is suitable for decision without oral argument.

MEMORANDUM **

Anthony Bailey, a former Nevada state prisoner, appeals pro se from the district court's order denying his motion for relief from judgment in his 42 U.S.C. § 1983 action alleging ineffective assistance of counsel and malicious prosecution. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *De Saracho v. Custom Food Mach., Inc.*, 206 F.3d 874, 880 (9th Cir.2000). We may affirm on any basis supported by the record. *Dittman v. California*, 191 F.3d 1020, 1027 n. 3 (9th Cir.1999). We affirm.

▮ Bailey submitted evidence that his sentence was reduced as a result of his criminal appeal and habeas proceedings. Accordingly, his claims are not barred under *Heck v. Humphrey*, 512 U.S. 477, 487, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). However, because Bailey failed to provide facts suggesting that absolute prosecutorial immunity did not apply, *see Imbler v. Pachtman*, 424 U.S. 409, 430–31, 96 S.Ct. 984, 47 L.Ed.2d 128 (1976), that his defense counsel acted under color of state law for the purposes of section 1983 liability, *see Miranda v. Clark County*, 319 F.3d 465, 469 (9th Cir.2003) (en banc), or that the Nevada Bar Association deprived him of rights secured by the Constitution or federal statutes, *see Gibson v. United States*, 781 F.2d 1334, 1338 (9th Cir.1986), the district court did not abuse its discretion by denying his motion for relief from judgment.

▮ Bailey's contentions that the district court judge was biased are not supported by the record. *See Toth v. Trans World Airlines, Inc.*, 862 F.2d 1381, 1388

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

(9th Cir.1988) (holding that a judge's legal decisions cannot be used as evidence of bias).

Bailey's remaining contentions are unpersuasive.

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.